UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 28 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Dennis Nelson
    Plaintiff(s)

vs.

Brian Dougherty Et. Al
    Defendant(s)

INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Civil Case No.: 9: 10-CV-1568

Plaintiff(s) in the above-captioned action, allege(s) as follows: Immenent danger of Serious physical Injury

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Dennis Nelson
   Address: PO Box 3600
   Marcy RMHu Corr. Facility
   Old River Rd
   Marcy, NY 13403-3600

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Brian Dougherty
   Official Position: RN Nurse II
   Address: PO Box 5000
   Marcy Corr. Facility
   Marcy, NY 13403-5000

Form E (2) (a) . 1

b.     Defendant: Sandra Martin-Karas
Official Position: Nurse Administrator
Address: PO Box 5000
Marcy Corr. Facility
Marcy NY 13403-5000

c.     Defendant: Carl J. Koenigsmann MD
Official Position: Dept Commissioner/Chief Medical officer
Address: 1220 Washington Ave, Campus #2
Dept of Correctional Services
Albany, N.Y. 12226-2050

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

a. Is there a prisoner grievance procedure at this facility?
(X) Yes     ( ) No

b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?
(X) Yes     ( ) No

If your answer to 4(b) is YES:

(i). What steps did you take?
Exhaust Administrated Remiends

(ii). What was the final result of your grievance?
Have not recened one yet

Form E (2) (a) - 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

(X) Yes          ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?
_Exhaust Administrated Remeinds_

(ii) What was the **final** result regarding your complaint?
_I Just Filled it (2) Day's Ago_

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____

_____

5.                              **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

(X) Yes          ( ) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiffs: Dennis Nelson

Defendants: Elizabeth Warren

ii. Court (if federal court, name District; if state court, name County: Federal court

iii. Docket number: 9:10-CV 00990

iv. Name of Judge to whom case was assigned: Glenn T. Suddaby & Referred To: David R. Homer

v. Disposition (dismissed? on appeal? still pending?) Still pending

vi. Approximate date of filing prior lawsuit: 8/17/2010

vii. Approximate date of disposition: 12/20/2010

6.   **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)

I am Filing This Lawsuit Because Im in (Immenent danger of serious) (physical Injury) To my Leg and These's defendants Talking The only Thing They can do is To Amputate My Leg's There is Nothing else They can do To save my Leg so Thats

Why I'm Filing This Lawsuite I'm suing Them for The Amount of $9999.99 A Piece From each defendant(s)

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

I wish you Grant Me For my Lawsuite For The Immenent danger of Serious physical Injury That I Have To Go Through To Get The Right Treatment AND Have Them The only Thing He can do is To Amputate my Left Leg.

### SECOND CAUSE OF ACTION

I Request For The court To Send Me To walsh Regional Medical unit By Mohawk Correctional Facility For Treatment To Try To Save my Left Leg.

### THIRD CAUSE OF ACTION

To Send Me To Wende Corr. Facility In Alden, NY down By Buffalo New York Because The Have A Brand New Hospital where They Can give Me Better Treatment Special Needs unit.

8. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I PRAY FOR RELIEF: FOR THE COURT TO GRANT ME MY LAWSUITS AND GRANT ME FOR THE AMOUNT OF $9,999.99 AGAINST 3 DEFENDANT A PIECE AND TO SEND ME TO WENDE CORR. Facility FOR THE SPECIAL NEEDS AND IN ALDEN, NY WHERE THEY HAVE A Hospital TO SAVE MY IMMENENT danger of Serious Physical INJURY

I declare under penalty of perjury that the foregoing is true and correct.

DATED: DEC 23rd 2010

Signature of Plaintiff(s)
(all Plaintiffs must sign)

Form E (2) (a) 6

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992  510-722/50003